FILED
CLERK, U.S. DISTRICT COURT

Mar 23, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COHOES FASHIONS OF ELIZABETH, INC., a New Jersey Corporation; *et. al.*<br><br>Defendants. | Case No.: CV14-05854-SVW-E<br>*Honorable Judge Stephen V. Wilson*<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION<br><br>JS-6 |

1

~~[PROPOSED]~~ ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

<u>SO ORDERED.</u>

Dated: March 23, 2015         By: _____
                              HONORABLE STEPHEN V. WILSON